UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. CLYDE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CALIFORNIA NINTH CIRCUIT COURT,<br><br>　　　　Respondent. | No. 2:14-cv-0531 DAD P<br><br><br>ORDER |

　　　　Petitioner, a Placer County Jail detainee proceeding pro se, has filed a putative application for a federal writ of habeas corpus (challenging his denial of bail on a form used by California courts), and putative application to proceed in forma pauperis (by submitting a completed affidavit for waiver of fee to file a claim with the California Claims Board).  However, to obtain this court's further review of this matter, petitioner must comply with the directives set forth below.

　　　　IT IS HEREBY ORDERED that, within thirty days after the filing date of this order, petitioner shall:

　　　　1. File a completed application to proceed in forma pauperis, on the form used in this court and provided with this order, together with a certified copy of petitioner's jail trust account statement for the six-month period preceding the commencement of this action.

/////

1

2. File a completed petition for writ of habeas corpus, on the form used in this court and provided with this order, which identifies a correct respondent and includes an explanation of petitioner's alleged entitlement to present the merits of his claim despite the apparent pendency of his trial on criminal charges brought against him in the state courts. See e.g. Younger v. Harris, 401 U.S. 37, 43-54 (1971) (federal court should refrain from interfering with ongoing state criminal proceedings); Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 489 (1973) ("federal habeas corpus does not lie, absent 'special circumstances,' to adjudicate the merits of an affirmative defense to a state criminal charge prior to a judgment of conviction by a state court").

3. Failure of petitioner to timely comply with all of these requirements will result in the dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

4. The Clerk of Court is directed to send petitioner blank copies of the following: (1) the form used in this district to request in forma pauperis status; and (2) the form used in this district to petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Dated: September 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
clyd0531.101a.plus